UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GREGORY CABRAL RODRIGUEZ,<br>a/k/a "Gregoris Cabral Rodriguez," and<br>YIRE GOMERA LOPEZ,<br><br>Defendants. | **INDICTMENT**<br><br>25 Cr.<br><br>25 CRIM 602 |

**COUNT ONE**
**(Conspiracy to Distribute Narcotics)**

The Grand Jury charges:

1. From at least in or about November 2024 through in or about June 2025, in the Southern District of New York and elsewhere, GREGORY CABRAL RODRIGUEZ, a/k/a "Gregoris Cabral Rodriguez," and YIRE GOMERA LOPEZ, the defendants, and others known and unknown, knowingly and intentionally combined, conspired, confederated, and agreed together and with each other to violate the controlled-substance laws of the United States.

2. It was a part and an object of the conspiracy that GREGORY CABRAL RODRIGUEZ, a/k/a "Gregoris Cabral Rodriguez," and YIRE GOMERA LOPEZ, the defendants, and others known and unknown, would and did distribute and possess with the intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

3. The controlled substance involved in the offense was (i) 400 grams and more of mixtures and substances containing a detectable amount of fentanyl, in violation of Title 21, United States Code, Section 841(b)(1)(A).

(Title 21, United States Code, Section 846.)

**COUNT TWO**
**(Illegal Reentry)**

The Grand Jury further charges:

1. From at least on or about February 28, 2025, in the Southern District of New York and elsewhere, GREGORY CABRAL RODRIGUEZ, a/k/a "Gregoris Cabral Rodriguez," the defendant, being an alien who has been denied admission, excluded, deported, and removed from the United States, and has departed the United States while an order of exclusion, deportation, and removal was outstanding, entered, and was found in, the United States, after removal that was subsequent to a conviction for commission of a felony, without having obtained the express consent of the Attorney General of the United States, or the Secretary for the Department of Homeland Security, to reapply for admission.

(Title 8, United States Code, Sections 1326(a) and (b)(1).)

**FORFEITURE ALLEGATION**

4. As a result of committing the offense alleged in Count One of this Indictment, GREGORY CABRAL RODRIGUEZ, a/k/a "Gregoris Cabral Rodriguez," and YIRE GOMERA LOPEZ, the defendants, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of said offense and any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, said offense, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense.

**Substitute Assets Provision**

5. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third person;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 21, United States Code, Section 853.)

[redacted]
FOREPERSON

JAY CLAYTON
United States Attorney