Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

September 1, 2026

By ECF

Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**Re: United States v. Gregory Cabral Rodriguez, 25 Cr. 602 (JPO)**

Dear Judge Oetken:

I write with the Government's consent to respectfully request that the Court adjourn the September 3, 2026 conference in this matter by approximately 45 days. The parties continue to work diligently toward a pretrial disposition, but have not yet completed that process, meaning that a conference at this time would not be productive. Should the Court grant an adjournment, my client and I consent to an exclusion of time under the Speedy Trial Act until the adjourn date.

Thank you for your attention to this matter.

Sincerely,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792
jonathan_marvinny@fd.org

cc: Government counsel

Granted. The September 3, 2026 pretrial conference is adjourned to October 14, 2026 at 11:30 am. The Court hereby excludes time through October 14, 2026, under the Speedy Trial Act, 18 USC 3161(h)(7)(A), finding that the ends of justice outweigh the interests of the public and the defendant in a speedy trial.
So ordered:
9/1/2026

J. PAUL OETKEN
United States District Judge