**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

October 12, 2026

**BY ECF AND EMAIL**
The Honorable J. Paul Oetken
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

**Re: *United States v. Cabral Rodriguez*, 25 Cr. 602 (JPO)**

Dear Judge Oetken:

The Government writes, with the defendant's consent, to respectfully request (1) an adjournment of the conference in the above-referenced case, currently scheduled for October 14, 2026, for approximately 45 days, and (2) that time between October 14, 2026 and the next conference date be excluded under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A). The Government respectfully submits that the ends of justice served by granting the requested exclusion of time under the Speedy Trial Act outweigh the interests of the public and the defendant in a speedy trial, as the exclusion of time will allow the parties time to continue their discussions regarding a potential pretrial resolution of this case. Counsel for the defendant has informed the Government that he consents to the foregoing requests.

Granted. The October 14, 2026 pretrial conference is adjourned to December 3, 2026 at 12:30 pm. The Court hereby excludes time through December 3, 2026, under the Speedy Trial Act, 18 USC 3161(h)(7)(A), finding that the ends of justice outweigh the interests of the public and the defendant in a speedy trial.
So ordered: 10/13/2026

J. PAUL OETKEN
United States District Judge

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

By: ______________________
James Mandilk
Henry L. Ross
Joe Zabel
Assistant United States Attorneys
Southern District of New York
Tel: (212) 637-2453 / -2442 / -1559

Cc: Jonathan Marvinny, Esq. (by ECF)